

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00191-CV

| | | |
|---|---|---|
| ERICA QUINN, Appellant | § | On Appeal from the 235th District Court |
| V. | | |
| STATE FARM LLOYDS; STATE FARM LLOYDS, INC.; JIM GOLDSWORTHY; HAROLD D. BAKER AS TRUSTEE OF HAROLD D. AND MADONNA A. BAKER TRUST; RANDALL TODD BAKER AND SHELLY ZOYLA BAKER, CO-TRUSTEES AS TRUSTEE OF THE NEW COVENANT FAMILY REVOCABLE TRUST; RANDALL TODD BAKER; SHELLY ZOYLA BAKER; MICHAEL STEVEN WEY; RANDALL HOUSTON HARBERT; AND CHUCK PEDROSO, Appellees | § | of Cooke County (CV19-00103) |
| | § | June 1, 2023 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

It is further ordered that Appellant Erica Quinn shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel